DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CUI PENGQIAO and OU WEIJIE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, the GOVERNMENT OF GUAM, CONTINENTAL AIRLINES, IMMIGRATION AND NATURALIZATION SERVICE, JOE BADGETT II, and JOHN DOES 1-20,<br><br>Defendants. | Civil Case No. 02-00018<br><br>ORDER |

On July 1, 2002, this case commenced with the filing of the Complaint. On July 22, 2002, the plaintiffs filed an Amended Complaint. Both the Complaint and Amended Complaint were signed by plaintiff's counsel David C. Buxbaum. Attorney Buxbaum, however, is not admitted to practice before this Court[1]. Accordingly, the Court hereby strikes both documents from the record and dismisses the above-captioned case without prejudice.

SO ORDERED this 8th day of August, 2002.

JOHN S. UNPINGCO
District Judge

Notice is hereby given that this document was entered on the docket on AUG 08 2002. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam
By: _____
Deputy Clerk

Date: AUG 08 2002

---

[1] See General Rule 17.1 of the Local Rules of Practice for the District Court of Guam, which governs the admission to the bar of this Court.